**Order entered July 8, 2021**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00166-CV

### PAUL BRADLEY "BRAD" JOWELL, Appellant

### V.

### BIOTE MEDICAL, LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18668**

## ORDER

Before the Court is appellant's July 6, 2021 unopposed motion for an extension of time to file his reply brief. We **GRANT** the motion and extend the time to **July 12, 2021**.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE